IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

F. MAXEY CLONINGER, III                                        PLAINTIFF

   V.                    CIVIL NO. 09-2037

GRYPHON HOLDINGS, LLC
d/b/a GRYPHON AIRLINES                                         DEFENDANT

## O R D E R

Currently before the Court is Plaintiff's Motion for Voluntary Nonsuit (Doc. 6). Upon due consideration, the motion is GRANTED and Plaintiff's Complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 12th day of May 2009.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge